# Exhibit B

**Exhibit B**

1  **BARNES & THORNBURG LLP**
   JOSEPH M. WAHL (SBN 281920)
2  joseph.wahl@btlaw.com
   2029 Century Park East, Suite 300
3  Los Angeles, California 90067
   Telephone: 310-284-3880
4  Facsimile:  310-284-3894

5  Attorneys for Defendant
   WHIRLPOOL CORPORATION
6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                  FOR THE COUNTY OF LOS ANGELES

9                     CHATSWORTH COURTHOUSE

10 | KYONG CHOI, an individual,                | Case No. 22CHCV00605 |
11 |                        Plaintiff,          | *[Assigned for All Purposes to the Honorable Melvin Sandvig]* |
12 |        v.                                  | |
13 | WHIRLPOOL CORPORATION, a Delaware corporation; TOLL BROTHERS, INC., a Delaware corporation; TOLL WEST COAST LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | **DEFENDANT WHIRLPOOL CORPORATION'S ANSWER TO COMPLAINT** |
14 | | |
15 | | |
16 |                        Defendants.         | Action Filed:   August 5, 2022 |
17 | | Trial Date:     Not set. |

18

19

20

21

22

23

24

25

26

27

28

Defendant Whirlpool Corporation ("Whirlpool" or "Defendant") hereby answers the unverified Complaint for Personal Injuries of Kyong Choi ("Plaintiff") as follows:

## GENERAL DENIAL OF ALLEGATIONS

Under the provisions of California Code of Civil Procedure section 431.30, Defendant denies generally and specifically each and every allegation contained in the Complaint.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

The Complaint, and each purported claim therein, fails to state facts sufficient to constitute a cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

(Comparative Fault)

If Plaintiff sustained any damages or losses, which Defendant denies, they were caused wholly or in part by the acts, omissions, negligence, fraud, and/or breach of obligations of Plaintiff, which conduct, acts and omissions were the sole proximate cause or an intervening or superseding cause of any damages or losses.  The Complaint, and each purported claim therein, is barred completely or must be reduced in proportion to the fault attributable to Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

(Negligence of Others)

If Plaintiff sustained any damages or losses, which Defendant denies, they were caused wholly or in part by the acts, omissions, negligence, fraud, and/or breach of obligations of third parties or entities, which conduct, acts and omissions were the sole proximate cause or an intervening or superseding cause of any damages or losses.  The Complaint, and each purported claim therein, is barred completely or must be reduced in proportion to the fault attributable to such other third parties or entities as are found culpable.

## FOURTH AFFIRMATIVE DEFENSE

(Indemnity and Contribution from Others)

If any damages, judgment or other awards are recovered by Plaintiff against Defendant for damages, injuries or losses alleged in the Complaint, such damages, injuries or losses are directly and

proximately contributed to and caused by other persons or entities, and Defendant is entitled to indemnity and contribution or both, from each of said other persons or entities in an amount in direct proportion to the culpable conduct of said other persons or entities.

### FIFTH AFFIRMATIVE DEFENSE

(Assumption of Risk)

Without conceding that any act caused damage to Plaintiff or any other person in any respect, Plaintiff, with full appreciation of the risks involved, knowingly and voluntarily assumed the risks associated with the acts, events, and transactions about which Plaintiff now complains, including the risk of incurring the damages it now seeks to recover.

### SIXTH AFFIRMATIVE DEFENSE

(Set Off)

Without conceding that any act caused damage to Plaintiff, or any other person in any respect, any alleged obligations of Defendant to Plaintiff should be offset by any damages caused by Plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

Plaintiff's failure to take reasonable steps to mitigate his alleged losses, all of which are specifically denied, bar Plaintiff's asserted damages claim in this action.

### EIGHTH AFFIRMATIVE DEFENSE

(Waiver)

By the conduct and actions relating to each of the alleged causes of action stated in the Complaint, Plaintiff has waived all claims, if any, against Defendant.

### NINTH AFFIRMATIVE DEFENSE

(Product Misuse)

Defendant alleges on information and belief that Plaintiff's alleged damages, if any, may have been caused by the misuse, abuse, or unintended or abnormal use of the products referred to in the Complaint.

/ / /

/ / /

## TENTH AFFIRMATIVE DEFENSE

(State of the Art)

Defendant alleges that the design, manufacture, and marketing of the alleged products were in conformity with the "state of the art" existing at the time of such design, manufacture, and marketing. Furthermore, Defendant alleges that liability (including, but not limited to, strict liability) may not be imposed as to properly manufactured products distributed with information regarding the risks of which the manufacturer knew at the time of manufacture, and liability may not be imposed for untold risks not known at the time of such design, manufacture, and marketing of the product. Therefore, Plaintiff's claims are barred.

## ELEVENTH AFFIRMATIVE DEFENSE

(Subsequent Damage)

If any dangerous or defective condition existed in the product manufactured by Whirlpool Corporation, which is denied, said condition was caused and created by damage, abuse, or changes occurring after the time of manufacture and sale, and while the product was not in the custody and control of the Defendant. Furthermore, Defendant alleges based on information and belief such risks were entirely unknown to the Defendant, thus barring Plaintiff's recovery.

## TWELFTH AFFIRMATIVE DEFENSE

(Unforeseeable Consequences)

Defendant is informed and believes, and on that basis alleges, that any injuries and damages that Plaintiff has sustained, either as alleged in the Complaint or at all, were the result of an unforeseeable, idiosyncratic condition for which Defendant cannot be held liable.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Product Alteration)

Defendant is informed and believes, and on that basis alleges, that after any alleged product left the possession and control of the Whirlpool Corporation, and without the Whirlpool Corporation's knowledge or approval, the alleged product was redesigned, modified, altered, incorporated into another product, or subjected to treatment that substantially changed its character. The alleged defect in any mixed or integrated product, as alleged in the Complaint, resulted, if at all, from the redesign,

ANSWER TO COMPLAINT

modification, alteration, treatment, mixture or other change of the product sold by the Whirlpool Corporation after the Whirlpool Corporation relinquished possession and control over the product and not from any act or omission of Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Preexisting Conditions)

Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred to the extent they result from preexisting conditions, injuries, or diseases.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (California Civil Code)

Plaintiff's recovery is barred pursuant to California Civil Code sections 3512 *et seq*.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Statutes of Limitation and Repose)

Plaintiff's claims are barred by any applicable statute of limitations or repose.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Learned Intermediary)

Plaintiff's claims are barred by the learned intermediary doctrine.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Necessary Parties)

Plaintiff has failed to name all parties necessary to full adjudication of the claims asserted herein.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Subject Matter Jurisdiction)

This court may lack subject matter jurisdiction over the claims asserted by Plaintiff to the extent Plaintiff's exclusive remedy is provided by a forum or a procedure other than this court.

/ / /

/ / /

/ / /

## **RESERVATION OF RIGHTS**

Defendant hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this action and reserves the right to amend its Answer to assert any such defenses

## **JURY DEMAND**

Whirlpool Corporation demands a trial by jury.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment as follows:

1.     That Plaintiff take nothing by way of his Complaint;

2.     That the Complaint be dismissed with prejudice;

3.     That judgment enter in favor of Defendant awarding costs; and

4.     That the Court award such other and further relief as the court deems just and proper.

Dated:  September 19, 2022        **BARNES & THORNBURG LLP**

By:_____/s/Joseph M. Wahl_____
Joseph M. Wahl
Attorneys for Defendant
WHIRLPOOL CORPORATION

## PROOF OF SERVICE

I, David B. Kirvan, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067.  On September 19, 2022, I served a copy of the within document(s):

### WHIRLPOOL CORPORATION'S ANSWER TO COMPLAINT

☒    by transmitting via my electronic service address (david.kirvan@btlaw.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Jeffrey N. Goldberg
THE LAW OFFICES OF JEFFREY N. GOLDBERG, P.C.
11601 Wilshire Blvd., Ste. 500
Los Angeles, California 90025
Email:      jeff@jeffreyngoldberglaw.com

*Attorneys for Plaintiff*
Kyong Choi

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 19, 2022, at Los Angeles, California.

_____
David B. Kirvan

**Kirvan, David**

| | |
|---|---|
| **From:** | Kirvan, David |
| **Sent:** | Monday, September 19, 2022 7:09 PM |
| **To:** | 'jeff@jeffreyngoldberglaw.com' |
| **Cc:** | Wahl, Joseph; Schwabe, Lauren Nottoli |
| **Subject:** | Kyong Choi v. Whirlpool Corporation, et al., 22CHCV00605 - Defendant Whirlpool Corporation's Answer to Complaint, and Defendant Toll Brothers, Inc.'s and Toll West Coast LLC's Answer to Complaint |
| **Attachments:** | Service Copy - Toll's Answer.pdf; Service Copy - Whirlpool's Answer.pdf |

Dear Mr. Goldberg:

There was a typo in the case number, for the two Answers served upon you earlier this evening.  I have corrected the error and apologize for the confusion.  Attached are service copies of:

- Defendant Whirlpool Corporation's Answer to Complaint; and
- Defendant Toll Brothers, Inc.'s and Toll West Coast LLC's Answer to Complaint

Sincerely,

**David Kirvan** | Legal Administrative Assistant (LAA) to R.D. ("Kyle") Kirwan, Kevin D. Rising, Joel R. Meyer, Kendra B. Lounsberry, Noushan Noureddini, Joseph M. Wahl, and Serj Daniel
Barnes & Thornburg LLP
2029 Century Park E., Suite 300, Los Angeles, CA 90067-2904
Direct: (310) 284-3863 |  Fax: (310) 284-3894

Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis
Ohio | Raleigh | Salt Lake City | Texas | Washington, D.C.

 (/Dashboard)



**Confirmation #:** 27256434

**Case Title:** KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al.

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | Los Angeles County, Superior Court of California |
| **Court Branch:** | North Valley District |
| **Case Title:** | KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al. |
| **Case Category:** | Civil Unlimited |
| **Case Type:** | Product Liability (not asbestos or toxic/environmental) |
| **Case #:** | 22CHCV00605 |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | eFiling |
| **Filing order #:** | 18949795 |
| **Date/Time Submitted:** | 9/19/2022 7:19 PM PT |
| **Client Billing Code:** | 14873.1600 |
| **Contact Name:** | David Kirvan |
| **Attorney Name:** | none |
| **Email Notification:** | Contact |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded |
|---|---|---|
| Answer | Answer | 8 |

**Kirvan, David**

| | |
|---|---|
| **From:** | noreply@onelegal.com |
| **Sent:** | Monday, September 19, 2022 7:20 PM |
| **To:** | Kirvan, David |
| **Subject:** | [EXTERNAL]eFiling received by court for  KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al. |

# eFiling Under Court Clerk Review

| | |
|---|---|
| **Order #** | 18949795 |
| **Submitted** | 9/19/2022 7:19 PM PT by David Kirvan |
| **Case** | KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al. #22CHCV00605 |
| **Court** | Superior Court of California, Los Angeles County (North Valley District) |
| **Client billing** | 14873.1600 |
| **Court transaction #** | 22LA01172028 |

**Documents**

• Answer

**What happens next?**

The court has received your filing. You will receive an email immediately upon completion of the court clerk's review. Although court processing times vary, the court filing date for accepted filings will reflect the date this order was submitted.

You can check the status of your order at any time in your One Legal account.

Thank you,
The One Legal Team

How are we doing? Share your feedback.

You are receiving this email in response to an order that was placed on www.onelegal.com
Please do not reply to this email. Get help on our Support Center or by contacting Customer Support.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



1

**BARNES & THORNBURG LLP**
JOSEPH M. WAHL (SBN 281920)

2

joseph.wahl@btlaw.com
2029 Century Park East, Suite 300

3

Los Angeles, California 90067
Telephone: 310-284-3880

4

Facsimile:  310-284-3894

5

Attorneys for Defendant

6

TOLL BROTHERS, INC. AND
TOLL WEST COAST LLC

7

SUPERIOR COURT OF THE STATE OF CALIFORNIA

8

FOR THE COUNTY OF LOS ANGELES

9

CHATSWORTH COURTHOUSE

10

| | |
|---|---|
| KYONG CHOI, an individual, | Case No. 22CHCV00605 |
| Plaintiff, | *[Assigned for All Purposes to the Honorable Melvin Sandvig]* |
| v. | |
| WHIRLPOOL CORPORATION, a Delaware corporation; TOLL BROTHERS, INC., a Delaware corporation; TOLL WEST COAST LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | **DEFENDANT TOLL BROTHERS, INC.'S AND TOLL WEST COAST LLC'S ANSWER TO COMPLAINT** |
| Defendants. | Action Filed:    August 5, 2022<br>Trial Date:       Not set. |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Toll Brothers, Inc., and Toll West Coast, LLC (collectively "Toll" or "Defendant") hereby answers the unverified Complaint for Personal Injuries of Kyong Choi ("Plaintiff") as follows:

**GENERAL DENIAL OF ALLEGATIONS**

Under the provisions of California Code of Civil Procedure section 431.30, Defendant denies generally and specifically each and every allegation contained in the Complaint.

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Cause of Action)

The Complaint, and each purported claim therein, fails to state facts sufficient to constitute a cause of action against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

(Comparative Fault)

If Plaintiff sustained any damages or losses, which Defendant denies, they were caused wholly or in part by the acts, omissions, negligence, fraud, and/or breach of obligations of Plaintiff, which conduct, acts and omissions were the sole proximate cause or an intervening or superseding cause of any damages or losses.  The Complaint, and each purported claim therein, is barred completely or must be reduced in proportion to the fault attributable to Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

(Negligence of Others)

If Plaintiff sustained any damages or losses, which Defendant denies, they were caused wholly or in part by the acts, omissions, negligence, fraud, and/or breach of obligations of third parties or entities, which conduct, acts and omissions were the sole proximate cause or an intervening or superseding cause of any damages or losses.  The Complaint, and each purported claim therein, is barred completely or must be reduced in proportion to the fault attributable to such other third parties or entities as are found culpable.

**FOURTH AFFIRMATIVE DEFENSE**

(Indemnity and Contribution from Others)

If any damages, judgment or other awards are recovered by Plaintiff against Defendant for damages, injuries or losses alleged in the Complaint, such damages, injuries or losses are directly and

1

ANSWER TO COMPLAINT

proximately contributed to and caused by other persons or entities, and Defendant is entitled to indemnity and contribution or both, from each of said other persons or entities in an amount in direct proportion to the culpable conduct of said other persons or entities.

### FIFTH AFFIRMATIVE DEFENSE

(Assumption of Risk)

Without conceding that any act caused damage to Plaintiff or any other person in any respect, Plaintiff, with full appreciation of the risks involved, knowingly and voluntarily assumed the risks associated with the acts, events, and transactions about which Plaintiff now complains, including the risk of incurring the damages it now seeks to recover.

### SIXTH AFFIRMATIVE DEFENSE

(Set Off)

Without conceding that any act caused damage to Plaintiff, or any other person in any respect, any alleged obligations of Defendant to Plaintiff should be offset by any damages caused by Plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

Plaintiff's failure to take reasonable steps to mitigate his alleged losses, all of which are specifically denied, bar Plaintiff's asserted damages claim in this action.

### EIGHTH AFFIRMATIVE DEFENSE

(Waiver)

By the conduct and actions relating to each of the alleged causes of action stated in the Complaint, Plaintiff has waived all claims, if any, against Defendant.

### NINTH AFFIRMATIVE DEFENSE

(Product Misuse)

Defendant alleges on information and belief that Plaintiff's alleged damages, if any, may have been caused by the misuse, abuse, or unintended or abnormal use of the products referred to in the Complaint.

/ / /

/ / /

ANSWER TO COMPLAINT

## TENTH AFFIRMATIVE DEFENSE

(State of the Art)

Defendant alleges that the design, manufacture, and marketing of the alleged products were in conformity with the "state of the art" existing at the time of such design, manufacture, and marketing. Furthermore, Defendant alleges that liability (including, but not limited to, strict liability) may not be imposed as to properly manufactured products distributed with information regarding the risks of which the manufacturer knew at the time of manufacture, and liability may not be imposed for untold risks not known at the time of such design, manufacture, and marketing of the product. Therefore, Plaintiff's claims are barred.

## ELEVENTH AFFIRMATIVE DEFENSE

(Subsequent Damage)

If any dangerous or defective condition existed in the product, which is denied, said condition was caused and created by damage, abuse, or changes occurring after the time of manufacture and sale, and while the product was not in the custody and control of the Defendant. Furthermore, Defendant alleges based on information and belief such risks were entirely unknown to the Defendant, thus barring Plaintiff's recovery.

## TWELFTH AFFIRMATIVE DEFENSE

(Unforeseeable Consequences)

Defendant is informed and believes, and on that basis alleges, that any injuries and damages that Plaintiff has sustained, either as alleged in the Complaint or at all, were the result of an unforeseeable, idiosyncratic condition for which Defendant cannot be held liable.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Product Alteration)

Defendant is informed and believes, and on that basis alleges, that after any alleged product left the possession and control of Toll, and without Toll's knowledge or approval, the alleged product was redesigned, modified, altered, incorporated into another product, or subjected to treatment that substantially changed its character. The alleged defect in any mixed or integrated product, as alleged in the Complaint, resulted, if at all, from the redesign, modification, alteration, treatment, mixture or

other change of the product sold or installed by Toll after Toll relinquished possession and control over the product and not from any act or omission of Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Preexisting Conditions)

Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred to the extent they result from preexisting conditions, injuries, or diseases.

## FIFTEENTH AFFIRMATIVE DEFENSE

(California Civil Code)

Plaintiff's recovery is barred pursuant to California Civil Code sections 3512 *et seq*.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Statutes of Limitation and Repose)

Plaintiff's claims are barred by any applicable statute of limitations or repose.

## SEVENTEENTH AFFIRMATIVE DEFENSE

(Learned Intermediary)

Plaintiff's claims are barred by the learned intermediary doctrine.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Necessary Parties)

Plaintiff has failed to name all parties necessary to full adjudication of the claims asserted herein.

## NINETEENTH AFFIRMATIVE DEFENSE

(Subject Matter Jurisdiction)

This court may lack subject matter jurisdiction over the claims asserted by Plaintiff to the extent Plaintiff's exclusive remedy is provided by a forum or a procedure other than this court.

/ / /

/ / /

/ / /

## RESERVATION OF RIGHTS

Defendant hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this action and reserves the right to amend its Answer to assert any such defenses.

## JURY DEMAND

Toll Brothers, Inc. and Toll West Coast LLC demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1.      That Plaintiff take nothing by way of his Complaint;

2.      That the Complaint be dismissed with prejudice;

3.      That judgment enter in favor of Defendant awarding costs; and

4.      That the Court award such other and further relief as the court deems just and proper.


Dated:  September 19, 2022          **BARNES & THORNBURG LLP**


By:_____/s/Joseph M. Wahl_____
Joseph M. Wahl
Attorneys for Defendant
TOLL BROTHERS, INC. AND TOLL WEST
COAST LLC

**PROOF OF SERVICE**

I, David B. Kirvan, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067.  On September 19, 2022, I served a copy of the within document(s):

**DEFENDANT TOLL BROTHERS, INC.'S AND TOLL WEST COAST LLC'S ANSWER TO COMPLAINT**

☒    by transmitting via my electronic service address (david.kirvan@btlaw.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Jeffrey N. Goldberg
THE LAW OFFICES OF JEFFREY N. GOLDBERG, P.C.
11601 Wilshire Blvd., Ste. 500
Los Angeles, California 90025
Email:    jeff@jeffreyngoldberglaw.com

*Attorneys for Plaintiff*
Kyong Choi

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 19, 2022, at Los Angeles, California.

_____
David B. Kirvan

**Kirvan, David**

---

| | |
|---|---|
| **From:** | Kirvan, David |
| **Sent:** | Monday, September 19, 2022 7:09 PM |
| **To:** | 'jeff@jeffreyngoldberglaw.com' |
| **Cc:** | Wahl, Joseph; Schwabe, Lauren Nottoli |
| **Subject:** | Kyong Choi v. Whirlpool Corporation, et al., 22CHCV00605 - Defendant Whirlpool Corporation's Answer to Complaint, and Defendant Toll Brothers, Inc.'s and Toll West Coast LLC's Answer to Complaint |
| **Attachments:** | Service Copy - Toll's Answer.pdf; Service Copy - Whirlpool's Answer.pdf |

Dear Mr. Goldberg:

There was a typo in the case number, for the two Answers served upon you earlier this evening.  I have corrected the error and apologize for the confusion.  Attached are service copies of:

- Defendant Whirlpool Corporation's Answer to Complaint; and
- Defendant Toll Brothers, Inc.'s and Toll West Coast LLC's Answer to Complaint

Sincerely,

**David Kirvan** | Legal Administrative Assistant (LAA) to R.D. ("Kyle") Kirwan, Kevin D. Rising, Joel R. Meyer, Kendra B. Lounsberry, Noushan Noureddini, Joseph M. Wahl, and Serj Daniel
Barnes & Thornburg LLP
2029 Century Park E., Suite 300, Los Angeles, CA 90067-2904
Direct: (310) 284-3863 |  Fax: (310) 284-3894

Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis
Ohio | Raleigh | Salt Lake City | Texas | Washington, D.C.



ONE LEGAL® An InfoTrack Company (/Dashboard)



**Confirmation #:** 27256440

**Case Title:** KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al.

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | Los Angeles County, Superior Court of California |
| **Court Branch:** | North Valley District |
| **Case Title:** | KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al. |
| **Case Category:** | Civil Unlimited |
| **Case Type:** | Product Liability (not asbestos or toxic/environmental) |
| **Case #:** | 22CHCV00605 |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | eFiling |
| **Filing order #:** | 18949802 |
| **Date/Time Submitted:** | 9/19/2022 7:23 PM PT |
| **Client Billing Code:** | 14873.1600 |
| **Contact Name:** | David Kirvan |
| **Attorney Name:** | none |
| **Email Notification:** | Contact |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded |
|---|---|---|
| Answer | Answer | 8 |

**Kirvan, David**

| | |
|---|---|
| **From:** | noreply@onelegal.com |
| **Sent:** | Monday, September 19, 2022 7:24 PM |
| **To:** | Kirvan, David |
| **Subject:** | [EXTERNAL]eFiling received by court for  KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al. |

# eFiling Under Court Clerk Review

| | |
|---|---|
| **Order #** | 18949802 |
| **Submitted** | 9/19/2022 7:23 PM PT by David Kirvan |
| **Case** | KYONG CHOI vs WHIRLPOOL CORPORATION, A DELAWARE CORPORATION, et al. #22CHCV00605 |
| **Court** | Superior Court of California, Los Angeles County (North Valley District) |
| **Client billing** | 14873.1600 |
| **Court transaction #** | 22LA01172041 |

**Documents**
- Answer

**What happens next?**
The court has received your filing. You will receive an email immediately upon completion of the court clerk's review. Although court processing times vary, the court filing date for accepted filings will reflect the date this order was submitted.

You can check the status of your order at any time in your One Legal account.

Thank you,
The One Legal Team

How are we doing? Share your feedback.

You are receiving this email in response to an order that was placed on www.onelegal.com
Please do not reply to this email. Get help on our Support Center or by contacting Customer Support.
InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



1