UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6728-GW-PVCx | Date | October 17, 2022 |
|---|---|---|---|
| Title | *Kyong Choi v. Whirlpool Corporation, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 14, 2022, Defendants filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for December 1, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 30, 2022.

                                                                                                                         :
Initials of Preparer    JG